U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 26 2020

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LIFE PARTNERS CREDITORS' TRUST and ALAN M. JACOBS, as Trustee for Life Partners Creditors' Trust, § § § § § § § § | | |
| VS. | § § | DISTRICT COURT CASE NO. 4:16-CV-200-A |
| SUNDELIUS, ET AL. | | |

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 15-40289-mxm-11 |
| LIFE PARTNERS HOLDINGS, INC., *et al.*, | § § § | JOINTLY ADMINISTERED (Chapter 11) |
| Debtors. | § § § § | ADV. PRO. NO. 15-04087-mxm |

## FINAL JUDGMENT AS TO DEFENDANT FRED COWLEY

Consistent with the Joint Notice and Stipulation of Dismissal with Prejudice filed June 26, 2020,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Life Partners Creditors' Trust and Alan M. Jacobs, as Trustee for Life Partners Creditors' Trust, against Defendant Fred Cowley, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each of these parties bear the court costs and attorney's fees incurred by that party.

The court finds that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of said claims.

SIGNED June 26, 2020.

_____
JOHN McBRYDE
United States District Judge